```
                              United States Bankruptcy Court
                                 Northern District of Ohio
```

In re:                                                              Case No. 14-11344-jps
Lawrence James Wohleber, Jr.                                        Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0647-1           User: pzeho              Page 1 of 1           Date Rcvd: Sep 21, 2016
                               Form ID: 187             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2016.
db             +Lawrence James Wohleber, Jr.,    39481 State Route 18,    Wellington, OH 44090-9626
cr            ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas Of Ohio,    PO Box 117,    Columbus, OH  43216-0117)
cr              Jennifer Skurko,   c/o Kenneth P. Frankel,    PO Box 210,    Avon Lake, OH  44012-0210
cr             +Stumphauzer O'Toole,    5455 Detroit Road,    Sheffield Village, OH 44054-2933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GREEN TREE SERVICING LLC
cr              Green Tree Servicing LLC
                                                                                        TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                              Signature:  /s/Joseph Speetjens

---

                          **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2016 at the address(es) listed below:
              Anthony R. Pecora    on behalf of Creditor    Stumphauzer O'Toole apecora@omdplaw.com,
               atedor@omdplaw.com
              Antoinette E. Freeburg    on behalf of Plaintiff Lawrence James Wohleber toni@freeburglaw.com,
               bmay@freeburglaw.com
              Antoinette E. Freeburg    on behalf of Debtor Lawrence James Wohleber, Jr. toni@freeburglaw.com,
               bmay@freeburglaw.com
              Brian Spiess    on behalf of Defendant Debra  Boros bspiess@mrjlaw.com, rkling@mrjlaw.com
              Craig H. Shopneck    ch13shopneck@ch13cleve.com,    cshopneck13@ecf.epiqsystems.com
              Edward A. Bailey    on behalf of Creditor    GREEN TREE SERVICING LLC bknotice@reimerlaw.com
              James  O'Connor    on behalf of Defendant Leslie A. Gentile joconnor@reminger.com
              Kenneth P Frankel    on behalf of Creditor Jennifer  Skurko kpfsaz@excite.com
              Kenneth P. Frankel    on behalf of Defendant Jennifer  Skurko kpfsaz@excite.com
              Kimberly Vanover Riley    on behalf of Defendant Debra  Boros kriley@mrjlaw.com,
               kbarnes@mrjlaw.com
              LeAnn E. Covey    on behalf of Creditor    Green Tree Servicing LLC bknotice@johndclunk.com
                                                                                              TOTAL: 11

Northern District Of Ohio  
United States Bankruptcy Court  
Howard M. Metzenbaum U.S. Courthouse  
201 Superior Avenue  
Cleveland, OH 44114–1235  
**Case No. 14–11344–jps**

**In re:**
    Lawrence James Wohleber Jr.  
    **Aka** –Larry J. Wohleber  
    39481 State Route 18  
    Wellington, OH 44090

**Social Security No.:**
    xxx–xx–9058

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**  
October 06, 2016 @9:30AM  
in Courtroom 2B  
Before Judge Jessica E. Price Smith

To consider and act upon the following matters:

  Motion to Suspend Payments to Jennifer Skurko on Court Claim #1 Filed by Debtor Lawrence James Wohleber Jr.

Interested parties need to be present at hearing.

**Dated:** September 21, 2016                                                                           For the Court  
Form ohnb187                                                                                   Kenneth J. Hirz, Clerk